**Kelly ROTTINGHAUS, Administratrix of the Estate of Darryl Vance Parker, Deceased, Plaintiff–Appellant**

v.

**Michael NEAL, Individually and in His Official Capacity as an Arkansas Game and Fish Law Enforcement Officer, Defendant.**

**Ryan Hollowell, Individually and in His Official Capacity as an Arkansas Game and Fish Law Enforcement Officer, Defendant–Appellee.**

**Jason Martin, Individually and in His Official Capacity as an Arkansas State Trooper, Defendant.**

No. 14–2471.

United States Court of Appeals, Eighth Circuit.

Submitted: March 12, 2015.

Filed: March 13, 2015.

Louis Anthony Etoch, Etoch Law Firm, West Helena, AR, Stephen Michael Ryals,

The Ryals Law Firm, Chesterfield, MO, Robert Steven Tschiemer, Robert S. Tschiemer, P.A., Mayflower, AR, for Plaintiff–Appellant.

James F. Goodhart, General Counsel, John Parker Marks, Arkansas Game & Fish Commission, Little Rock, AR, for Defendant–Appellee.

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Kelly Rottinghaus appeals from the order of the District Court[1] granting summary judgment to the defendants in her 42 U.S.C. § 1983 action, which she filed as the administratrix of the estate of Darryl Vance Parker. After careful de novo review, *see Loch v. City of Litchfield,* 689 F.3d 961, 965 (8th Cir.2012) (standard of review), we conclude that summary judgment was properly granted, *see Partlow v. Stadler,* 774 F.3d 497, 502–03 (8th Cir. 2014); *Gladden v. Richbourg,* 759 F.3d 960, 969 (8th Cir.2014). Accordingly, we affirm the decision of the District Court.

---

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.